**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00202-CR

**SIMEON DEWAYNE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-71405-N**

## ORDER

We **REINSTATE** this appeal, which we abated to allow the trial court an opportunity to prepare and sign a corrected judgment in this case. A supplemental clerk's record has now been filed that contains the corrected judgment.

The Court's opinion will issue in due course.

/s/     CRAIG STODDART
        PRESIDING JUSTICE